SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>   vs.<br><br>John L. Sullivan Family Limited Partnership,<br><br>et al,<br><br><br>       Defendants | Case No.: CIV.S 10-cv-00211-LKK-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JOHN L. SULLIVAN FAMILY LIMITED PARTNERSHIP AND ORDER**<br><br>Complaint Filed: JANUARY 27, 2010<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (John L. Sullivan Family Limited Partnership) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendant. Defendant (John L. Sullivan Family Limited Partnership) is dismissed because this Defendant is not a proper party to this action.

Dated: March 17, 2010                             /s/Scott N. Johnson
                                                                 SCOTT N. JOHNSON
                                                                 Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

3 Dated:   March 22, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-00211-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com