UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

JOHN L. SULLIVAN FAMILY
LIMITED PARTNERSHIP,
Individually and d/b/a
ROSEVILLE TOYOTA CERTIFIED
CENTER; CADDEL LAND AND
INVESTMENT CORPORATION, Inc.,

        Defendants.
                              /

NO. CIV. S-10-211 LKK/EFB

O R D E R

On January 27, 2010, the court filed an order setting a status (pretrial scheduling) conference for March 29, 2010 at 2:00 p.m. On March 15, 2010, plaintiff filed a status report. However, counsel for plaintiff did not appear for the scheduling conference.

Accordingly, the court orders as follows:

1. Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing within fourteen (14) days of the date of this order why sanctions, including requiring plaintiffs' counsel to pay defendants' attorney's fees, should not

1

1     issue in the above-captioned case, as permitted by Local
2     Rule 110.
3  2. Defendants have filed an affidavit stating the
4     attorney's fees incurred by the failure of plaintiff's
5     counsel to appear at the status conference. Plaintiff
6     may file objections to defendants' affidavit within
7     fourteen (14) days of the issuance of this order.
8  3. The status (pretrial scheduling) conference is set for
9     June 28, 2010 at 1:30 p.m.
10 IT IS SO ORDERED.
11 DATED: April 1, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2