UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                                  NO. CIV. S-10-211 LKK/EFB

      Plaintiff,

  v.

                                  O R D E R

JOHN L. SULLIVAN FAMILY
LIMITED PARTNERSHIP, et al.,

      Defendants.
_____/

    On April 1, 2010, the court ordered plaintiff to show cause why sanctions should not be imposed for his failure to attend a status conference. Plaintiff responded to the order to show cause on April 14, 2010. See Doc. No. 17. Plaintiff states that he "inadvertently forgot to calendar the Status Conference" and "apologizes to both the Court and opposing counsel." Further, plaintiff indicates that he reduced the monetary damages of his settlement demand in light of this mistake.

    No good cause shown, the court hereby ORDERS that plaintiff shall pay defendant Caddel Land and Investment Corporation, Inc.

1

1  $150.00, for the fees incurred by defendant for attendance at the
2  status conference, no later than thirty (30) days from the issuance
3  of this order.
4      IT IS SO ORDERED.
5      DATED:  April 20, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2