SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>John L. Sullivan Family Limited Partnership, et al<br><br>        Defendants | Case No. **2:10-cv-00211-LKK-EFB**<br><br>**STIPULATION AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: June 28, 2010<br>Time: 1:30 pm<br>Courtroom: 4 |

   Plaintiff, Scott N. Johnson, and Defendant, Caddel Land and Investment Corporation, Inc. hereby stipulate to an extension of time in which to continue the status conference from June 28, 2010 to September 13, 2010. Plaintiff and Defendant, Caddel Land and Investment Corporation, Inc. are in the progress of settling the matter. The Defendant has already had a site inspection performed and has received the report from the Access Consultant. A continuance for the status conference will

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: 2:10-cv-00211-LKK-EFB - 1

give the Plaintiff and Defendant, Caddel Land and Investment Corporation, Inc. time to finalize negotiations. The parties expect that this action will be resolved prior to September 13, 2010.

Dated:  June 23, 2010          /s/Scott N. Johnson ____

                               Scott N. Johnson,

                               Disabled Access Prevents

                               Injury, Inc.

Dated:  June 24, 2010          John A. Britton_____

                               John A. Britton,

                               Attorney for Defendant,

                               Caddel Land and Investment

                               Corporation, Inc.

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to September 20, 2010 at 2:00 p.m.

Date:  June 25, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: 2:10-cv-00211-LKK-EFB - 2